■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SAMUEL SMALL, Appellant.—Appeal by the defendant from a judgment of the Supreme Court, Kings County (Feldman, J.), rendered October 24, 1985, convicting him of robbery in the second degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed *(see, People v Decambre,* 143 AD2d 927). Thompson, J. P., Kunzeman, Spatt and Balletta, JJ., concur.